AO 442 (Rev.2/2005-EDVA) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

# WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

Mickey K. Collins

FILED
SEP 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05-0486M-01

CASE NUMBER: 05MJ328

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Mickey K. Collins</u> and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment  X Information __ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense):

Possession of "Crack"

In Violation of Title <u>21</u> United States Code, Section(s) <u>844</u>

<u>The Honorable Theresa Carroll Buchanan</u>
Name of Issuing Officer

<u>United States Magistrate Judge</u>
Title of Issuing Officer

Signature of Issuing Officer

By Deputy Clerk

May 10, 2005
401 Courthouse Square
Alexandria, VA 22314
Date and Location

| Date Received<br>9-6-05 | Name and Title of Arresting Officer<br>OSMINGTON<br>Deputy U.S. MARSHAL | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>9-6-05 | | |