IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) DOCKET NO. 1:05Mj 328 |
| v. | ) CLASS A MISDEMEANOR |
| | ) COURT DATE: May 10, 2005 |
| MICKEY K. COLLINS | ) |

CRIMINAL INFORMATION
(Count 1 - Class A Misdemeanor - P149337)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 29, 2005, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, MICKEY K. COLLINS, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Cocaine base, more commonly known as "Crack", a Schedule II controlled substance.

(Violation of Title 21, United States Code, Section 844).

PAUL J. MCNULTY
UNITED STATES ATTORNEY

By: _____
Rosanne Cannon Haney
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be hand delivered to the defendant on the ___9___ day of MAY, 2005, at the United States Courthouse, 401 Courthouse Square, Third Floor, Alexandria, VA 22314-5797.

Rosanne Cannon Haney
Assistant United States Attorney

| Loc. Code | United States District Court |
| --- | --- |
| 6N64 | Violation Notice |

| Violation No. | Print Officer Name |
| --- | --- |
| P 149337 | F. GERSTZ |
| | Officer No. |
| | 1044 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
| --- | --- |
| 4/29/05  1558 | 21 USC 844 |

Place of Offense: N/B GWMP @ TR ISLAND

Offense Description: POSSESSION OF CRACK COCAINE

#05-12634

| Defendant's Last Name | First Name | MI |
| --- | --- | --- |
| COLLINS | MICKEY | K |

Street Address:

Driver's License No. | D.L. State

**VEHICLE DESCRIPTION**

Vehicle Tag No. | Vehicle Tag State | Year  4dr

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required.

**YOUR COURT DATE**

Court Address (circle one):
U.S. District Court, 3rd & Constitution Ave NW, Washington, DC 20001, (202) 273-0503
U.S. District Court, 401 Courthouse Sq, Alexandria, VA 22314, (703) 299-2100
U.S. District Court, 6525 Belcrest Rd, Rm 400, Hyattsville, MD 20782, (301) 436-8175

Date: 5/10/05
Time: 0900

Collateral (fine): N/A
For payment by credit card, SEE INSTRUCTIONS.

Physical Description    Original - CVB Copy

(Circle One) Adult / Juvenile

Weather Conditions: Clear / Cloudy / Rain / Snow / Ice / Fog
Traffic Conditions: Light / Medium / Heavy

NPS Form 10-504, Rev. 5/97

P149337