United States of America
v.
**MICKEY COLLINS**
577388

UNITED STATES DISTRICT COURT

Case No. **05-486 M**

**YOU ARE RELEASED** ON THE CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** [X] **PERSONAL REC**... otherwise as required by the Court.

**OF** [ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

[ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.

[ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

---

[ ] 1) **SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000

FILED SEP 0 6 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

[ ] 2) **YOU ARE TO REPORT** [ ] weekly [ ] in person [ ] by phone [ ] other-specify — TO — [ ] THE D.C. PRETRIAL SERVICES AGENCY AT (442-1000) [ ] Your attorney, whose name and address is shown below.

[X] 3) **YOU ARE TO LIVE** [X] at ABOVE ADDRESS [ ] with _____ name and relationship to defendant [ ] at _____ address _____ phone no. _____ being in at night by _____ P.M.

[ ] 4a) **YOU ARE TO WORK** [ ] by obtaining a job within _____ days and reporting it to the D.C. Pretrial Services Agency at 442-1000. [ ] by maintaining your job as _____

[ ] 4b) **YOU ARE TO STUDY** [ ] by enrolling in school at _____ [ ] by maintaining your student status at _____

[X] 5) **YOU ARE TO STAY** [ ] away from the complaining witness. [X] Within the D.C. area.

[ ] 6) **NARCOTICS**

[X] 7) **OTHER CONDITION** (703) 299-2250 REPORT TO US PSA ON 9/8/05 AT 9:30am IN ALEXANDRIA, VA.

[X] 8) **REARREST** Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at HWOB

---

**NEXT DUE BACK**: CONTROL HEARING in Courtroom 4 at 9:30 AM on 9/9/05 or when notified and you must appear at all subsequent continued dates.

**YOUR ATTORNEY** MILES

**DEFENDANT'S SIGNATURE** ▶ X (signature)

**WITNESSED BY** _____ (title and agency) DCPSA

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date 9/6/05

**SO ORDERED**
▶ (signature)
Signature of Judge